CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 6 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:07CR00025 |
| vs. | |
| PERCIVAL NORMAN FENTON, | |
| Defendant. | |
| | |
| PERCIVAL NORMAN FENTON, | CASE NO. 7:12CV00106 |
| Petitioner, | |
| vs. | MEMORANDUM OPINION |
| UNITED STATES OF AMERICA, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. To the extent that defendant/petitioner's letter/motion filed June 19, 2012, seeks reconsideration of the order of restitution, his motion (Case No. 5:07CR00025, ECF No. 60; Case No. 7:12CV00106, ECF No. 4) is **DENIED**;

2. To the extent that the motion seeks reconsideration of the court's opinion and order entered April 30, 2012, in the above referenced cases, his motion is **DENIED**; and

3. The clerk is **DIRECTED** to send certified copies of this order to Percival Norman Fenton and counsel for the United States.

ENTER: This 26th day of June, 2012.

_____
Chief United States District Judge