CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PERCIVAL NORMAN FENTON, ) | CASE NO. 7:14CV00174 |
| ) | |
| Petitioner, ) | |
| v. ) | FINAL ORDER |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Respondent. ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:07CR00025 |
| ) | |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| ) | |
| PERCIVAL NORMAN FENTON, ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of coram nobis is **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 13th day of May, 2014.

/s/ Glen E. Conrad
Chief United States District Judge